IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONLY HUGHES, | CASE NO. 1:06-CV-0876 LJO WMW  PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FURNISH FURTHER INFORMATION FOR INITIATION OF SERVICE OF PROCESS |
| vs. | |
| CLAYPOOL, | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on plaintiff's complaint, filed July 11, 2006, against Defendant Claypool  Because plaintiff is proceeding in forma pauperis, the court must appoint the United States Marshal to serve each defendant with a summons and complaint.  Fed. R. Civ. Pro. 4(c)(2).  On June 26, 2008, the summons for Defendant Claypool was returned unexecuted.  The USM 285 form indicates that there is not an individual named Claypool at Pleasant Valley State Prison.

Within thirty days from the date of service of this order, plaintiff shall provide the court with further information to assist the Marshal in serving Defendant Clayppol.   If plaintiff can remember any other details that might assist the court and the Marshal, plaintiff shall so inform the court.

Based on the foregoing, it is HEREBY ORDERED that within thirty (30) days from the date of service of this order, plaintiff shall provide the court with any and all information he has that might help the Marshal identify and serve Defendant Claypool.

1  IT IS SO ORDERED.

2  **Dated:   February 17, 2009**            /s/  William M. Wunderlich
                                          UNITED STATES MAGISTRATE JUDGE