IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LLOYD HUGHES, | Case No. 1:06-cv-00876 LJO JLT (PC) |
| Plaintiff, | ORDER GRANTING IN PART DEFENDANT'S MOTION TO STAY THIS ACTION OR IN THE ALTERNATIVE FOR MODIFICATION OF THE SCHEDULING ORDER |
| vs. | |
| CLAYPOOL, et al., | |
| Defendants. | (Doc. 51) |

On April 27, 2011, Defendant filed a motion to stay this action or, in the alternative, to modify the discovery and dispositive motion deadline in this case because the parties "may be able to reach agreement." (Doc. 45.) By order filed April 28, 2011, the Court denied Defendant's motion without prejudice because, among other reasons, there was no indication that there was a substantial likelihood of settlement. (Doc. 46 at 1.) In the absence of such a showing, the Court did not find good cause to stay the case or modify the scheduling order. (Id. at 2.)

Now pending before the Court is Defendant's July 25, 2011 renewed motion to stay this action or, in the alternative, extend the dispositive motion deadline by ninety-days. (Doc. 51.) According to Defendant, following Plaintiff's deposition Plaintiff agreed to settle this case for a television or radio obtained from the prison canteen. (Id. at 4.) However, Plaintiff has since been relocated several times and may in fact be relocated again in the near future. As such, Defendant has been unable to complete the settlement transaction. (Id. at 4-5.) Defendant now requests a stay or modification of the scheduling

1

order in order to allow Defendant sufficient time to contact the facility currently housing Plaintiff and ensure Plaintiff's presence so that the settlement transaction may be completed.  (Id. at 5.)

Good cause appearing, it is **HEREBY ORDERED** that:

1. Defendant's April 25, 2011 motion for a stay or, in the alternative, modification of the scheduling order (Doc. 50) is **GRANTED IN PART**; and
2. The discovery and scheduling order issued September 13, 2010 is modified as follows: The deadline for pre-trial dispositive motions shall be **September 25, 2011**.

IT IS SO ORDERED.

Dated:   **July 27, 2011**                                         /s/ Jennifer L. Thurston
                                                              UNITED STATES MAGISTRATE JUDGE