IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LLOYD HUGHES, | Case No. 1:06-cv-00876 LJO JLT (PC) |
| Plaintiff, | ORDER AFTER NOTICE OF SETTLEMENT |
| vs. | (Doc. 54) |
| CLAYPOOL, et al., | |
| Defendants. | |
| _____/ | |

On September 26, 2011, Defendant filed the instant motion, requesting an additional thirty-day extension of the dispositive motion deadline. (Doc. 54) According to Defendant, the parties have entered into a settlement agreement and Plaintiff has signed both the agreement and a voluntary dismissal. Id. at 3. However, due to delays in providing a Plaintiff's a receipt for settlement property, and Defendant's agreement not to file the request for dismissal until the receipt is received by Plaintiff, the request for dismissal has not yet been filed. Id. However, Defendant " is confident that this minor issue will be resolved" within two weeks time. Id.

Good cause appearing, it is **HEREBY ORDERED** that:

1. Pursuant to Local Rule 160(b), no later than October 21, 2011, Defendant is **ORDERED** to file the appropriate papers to dismiss this action in its entirety;
2. All pending dates are **VACATED**.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or

1

parties who contributed to violation of this order.  See Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

Dated:   **September 27, 2011**                                     /s/ Jennifer L. Thurston
                                                                                    UNITED STATES MAGISTRATE JUDGE