1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  DAVID A. CARRASCO, State Bar No. 160460
   Supervising Deputy Attorney General
3  DIANA ESQUIVEL, State Bar No. 202954
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 445-4928
6   Facsimile: (916) 324-5205
    E-mail: Diana.Esquivel@doj.ca.gov
7
   *Attorneys for Defendant Claypool*
8

9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11                            FRESNO DIVISION

12

13
   **ANTHONY LLOYD HUGHES,**                   No. 1:06-cv-0876 LJO-JLT
14
                                Plaintiff,    **STIPULATION FOR VOLUNTARY**
15                                             **DISMISSAL WITH PREJUDICE AND**
          v.                                   **[Proposed] ORDER**
16
                                               [Fed. R. Civ. P. 41(a)(1)(A)(ii)]
17 **CLAYPOOL, et al.,**

18                              Defendants.

19

20

21      Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Anthony L. Hughes (E-

22 21168) and Defendant Claypool stipulate to the voluntary dismissal of this action with prejudice.

23 / / /

24 / / /

25 / / /

26 / / /

27

28
                                              1
   Stipulation for Voluntary Dismissal with Prejudice and Order  (1:06-cv-0876 LJO-JLT)

1  Each party is to bear his own costs, fees, or expenses.  There is no prevailing party in this
2  action.
3  IT IS SO STIPULATED.

5  Dated:  September 8, 2011                     /s/
6                                                                Anthony L. Hughes
                                                                 Plaintiff pro se

8  Dated:  August 31, 2011                     KAMALA D. HARRIS
                                                              Attorney General of California
9                                                             DAVID A. CARRASCO
                                                              Supervising Deputy Attorney General

11                                                                /s/
                                                                  Diana Esquivel
12                                                                Deputy Attorney General
                                                                  *Attorneys for Defendant*

13  SA2010300701
    31325124.doc

### **ORDER**

16  Based on the parties' stipulation, this action is dismissed with prejudice.  The clerk is
17  directed to close this action.

20  IT IS SO ORDERED.

21  Dated:  **October 19, 2011**                    **/s/ Lawrence J. O'Neill**
                                                                   UNITED STATES DISTRICT JUDGE

2