KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
DAVID A. CARRASCO, State Bar No. 160460
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 445-4928
 Facsimile:  (916) 324-5205
 E-mail:  Diana.Esquivel@doj.ca.gov

*Attorneys for Defendant Claypool*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ANTHONY LLOYD HUGHES,**<br><br>                              Plaintiff,<br><br>      v.<br><br>**CLAYPOOL, et al.,**<br><br>                              Defendants. | No. 1:06-cv-0876 LJO-JLT<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND [Proposed] ORDER**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

    Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Anthony L. Hughes (E-21168) and Defendant Claypool stipulate to the voluntary dismissal of this action with prejudice.

/ / /

/ / /

/ / /

/ / /

1

Each party is to bear his own costs, fees, or expenses.  There is no prevailing party in this action.

IT IS SO STIPULATED.

Dated:  September 8, 2011         /s/
                                  Anthony L. Hughes
                                  Plaintiff pro se

Dated:  August 31, 2011           KAMALA D. HARRIS
                                  Attorney General of California
                                  DAVID A. CARRASCO
                                  Supervising Deputy Attorney General

                                  /s/
                                  Diana Esquivel
                                  Deputy Attorney General
                                  *Attorneys for Defendant*

SA2010300701
31325124.doc

## **ORDER**

Based on the parties' stipulation, this action is dismissed with prejudice.  The clerk is directed to close this action.

IT IS SO ORDERED.

   Dated:  **October 19, 2011**            **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE

2

Stipulation for Voluntary Dismissal with Prejudice and Order  (1:06-cv-0876 LJO-JLT)